1

2

3

4

5

6

7

8

9

10

11

12

13

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

14 ERIC C. R. K'NAPP,                                          1:06-cv-01701-LJO-GSA-PC

            Plaintiff,

15                                                                  ORDER RESPONDING TO PLAINTIFF'S
16      v.                                                       REQUEST FOR CASE TO PROCEED
                                                                     (Doc. 12.)

17 D. G. ADAMS, et.al.,

18             Defendants.
                                                        /
19

20      Eric C. R. K'napp ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis

21 in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on November

22 22, 2006.  (Doc. 1.)  On December 11, 2006, plaintiff filed an amended complaint.  (Doc. 9.)  On

23 March 28, 2008, plaintiff filed a request for this case to proceed.  (Doc. 12.).

24      In his request, plaintiff points out that he filed the amended complaint months ago and it

25 has not been screened by the court or served upon the defendants.  As plaintiff is aware, the court

26 is required to screen complaints brought by prisoners seeking relief against a governmental entity

27 or officer or employee of a governmental entity.  28 U.S.C. § 1915A(a).   The court screens

28 complaints in the order in which they are filed and strives to avoid delays whenever possible.

1

1  However, there are hundreds of prisoner civil rights cases presently pending before the Court,

2  and delays are inevitable despite the Court's best efforts.  With respect to service, the court will,

3  *sua sponte*, direct the United States Marshal to serve the complaint only after the court has

4  screened the Plaintiff's complaint and determined that it contains cognizable claims for relief

5  against the named defendants.

6       In the meantime, Plaintiff can be assured that the Court is mindful of delays and is

7  making every effort to keep abreast of it's ever increasing caseload, and that Plaintiff will receive

8  all orders issued in his case provided that he  keeps the Court apprised of his current address.

9       Plaintiff's request is hereby RESOLVED by this order.

10

11       IT IS SO ORDERED.

12       **Dated:    June 26, 2008**                    **/s/ Gary S. Austin**
                                                         UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28