IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC C. R. K'NAPP, | 1:06-cv-01701-LJO-GSA-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| vs. | (Doc. 20.) |
| D. G. ADAMS, et al., | ORDER DENYING MOTION FOR INJUNCTIVE RELIEF |
| Defendants. | (Doc. 14.) |

Eric C. R. K'napp ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On January 16, 2009, findings and recommendations were entered, recommending that plaintiff's motion for injunctive relief be denied. (Doc. 20.) Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days. To date, plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.     Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on January 16, 2009, are adopted in full; and

2. Plaintiff's motion for injunctive relief, filed on August 25, 2008 is DENIED.

IT IS SO ORDERED.

**Dated:   February 23, 2009**            **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE

1