IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC C.R. K'NAPP, | 1:06-cv-01701-LJO-GSA-PC |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
| vs. | |
| D. G. ADAMS, et al., | (Motion #24) |
| Defendants. | FORTY-FIVE DAY DEADLINE |
| _____/ | |

    Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On June 10, 2009, plaintiff filed a motion to extend time to file objections to the Magistrate Judge's findings and recommendations of May 7, 2009.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Plaintiff is granted forty-five days from the date of service of this order in which to file objections to the Magistrate Judge's findings and recommendations of May 7, 2009.

    IT IS SO ORDERED.

Dated:   **June 11, 2009**          **/s/ Gary S. Austin**
                                                 UNITED STATES MAGISTRATE JUDGE