IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CHARLES RODNEY K'NAPP, | 1:06-cv-01701-LJO-GSA-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 23) |
| vs. | |
| D. G. ADAMS, et al., | ORDER DISMISSING CERTAIN CLAIMS AND CERTAIN DEFENDANTS |
| Defendants. | |

Eric Charles Rodney K'napp ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On May 7, 2009, findings and recommendations were entered, recommending that this action proceed on Plaintiff's Second Amended Complaint,[1] filed November 13, 2008, against Defendants Pugliese, Smith, Motty, Gurrero, Meaders, Johnson, Adams, Cuevas, Tucker, Sherman, Selvy, and Does 1-5 for retaliating against Plaintiff, and Defendants Motty, Pugliese, Smith, Guerrero, Cooper, Garcia, Hall, and Does 1-5 for interfering with his right to send mail in violation

---

[1] On page 24, the findings and recommendations inadvertently refers to the *First* Amended Complaint instead of the *Second* Amended Complaint. (Doc. 23 at 24, line 1). This case now proceeds on the *Second* Amended Complaint, filed November 13, 2008. (Doc. 16.) Fed. R. Civ. P. 60(a).

1

1 of the First Amendment, and that all remaining claims be dismissed for failure to state a claim upon
2 which relief may be granted.  (Doc. 23.)  On July 30, 2009, Plaintiff filed objections to the findings
3 and recommendations.  (Doc. 28.)

4       In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-
5 305, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire
6 file, the court finds the findings and recommendations to be supported by the record and proper
7 analysis.

8       Accordingly, THE COURT HEREBY ORDERS that:

9    1.   The Findings and Recommendations issued by the Magistrate Judge on May
10      7, 2009, are adopted in full;

11    2.   This action now proceeds on Plaintiff's Second Amended Complaint, filed
12      November 13, 2008, against Defendants Pugliese, Smith, Motty, Gurrero,
13      Meaders, Johnson, Adams, Cuevas, Tucker, Sherman, Selvy, and Does 1-5 for
14      retaliating against Plaintiff, and Defendants Motty, Pugliese, Smith, Guerrero,
15      Cooper, Garcia, Hall, and Does 1-5 for interfering with his right to send mail
16      in violation of the First Amendment;

17    3.   All of Plaintiff's claims, other than as found cognizable immediately above,
18      are dismissed for failure to state a claim upon which relief may be granted;
19      and

20    4.   Defendants Woodford, Tilton, Burleson, Cate, Clark, Domen, Esparza,
21      Foulks, Grannis, Hense, Henson, Larios, McCant, Murberger, Odle, Ortiz,
22      Rollins, Surges, Wan, and Does 6-10 are dismissed from this action based on
23      Plaintiff's failure to state any claims upon which relief may be granted against
24      them.

25 IT IS SO ORDERED.

26 **Dated:   August 14, 2009**   /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE
27
28