# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CHARLES RODNEY K'NAPP, | 1:06-cv-01701-LJO-GSA-PC |
| Plaintiff, | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| v. | |
| D. G. ADAMS, et al., | |
| Defendants. | (Doc. 16) |

Plaintiff Eric Charles Rodney K'napp ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on November 22, 2006. (Doc. 1.) On December 11, 2006, plaintiff filed the first amended complaint. (Doc. 9.) The Court screened the first amended complaint pursuant to 28 U.S.C. § 1915A and issued an order on October 17, 2008, requiring plaintiff to either file a second amended complaint or notify the Court of his willingness to proceed on the claims found cognizable by the Court. (Doc. 15.) On November 13, 2008, plaintiff filed the second amended complaint. (Doc. 16.) The Court screened the second amended complaint pursuant to 28 U.S.C. § 1915A and dismissed certain claims and defendants, based on plaintiff's failure to state a claim. (Docs. 23, 29.) This action now proceeds on Plaintiff's second amended complaint filed November 13, 2008, against Defendants Pugliese, Smith, Motty, Guerrero, Meaders, Johnson, Adams, Cuevas, Tucker, Sherman, Selvy, and Does 1-5 for retaliating against Plaintiff, and Defendants Motty, Pugliese, Smith,

Guerrero, Cooper, Garcia, Hall, and Does 1-5 for interfering with his right to send mail in violation of the First Amendment.  Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008).  Accordingly, it is HEREBY ORDERED that:

    1.    Service is appropriate for the following defendants:

        SERGEANT C. PUGLIESE

        LIEUTENANT E. SMITH

        K. MOTTY

        R. GUERRERO

        K. MEADERS

        CAPTAIN D. CUEVAS

        WARDEN DERRAL G. ADAMS

        CORRECTIONAL OFFICER B. JOHNSON

        LIEUTENANT J. T. TUCKER

        ASSOCIATE WARDEN S. SHERMAN

        D. SELVY

        APPEALS COORDINATOR C. L. COOPER

        APPEALS COORDINATOR V. R. GARCIA

        APPEALS COORDINATOR R. HALL

        DOES 1-5[1]

    2.    The Clerk of the Court shall send Plaintiff fourteen (14) USM-285 forms, fourteen (14) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the second amended complaint filed November 13, 2008 (Doc. 16).

///

///

---

[1] Before service can go forward upon defendants Does 1-5, Plaintiff must identify each of them by name and address or other manner sufficient for the U.S. Marshals to locate and serve these defendants.  Therefore, at this time the Court shall not send Plaintiff service documents to complete for Does 1-5.  If Plaintiff has further information to identify these defendants, he should file a notice with the Court.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Completed summonses;

    b. One completed USM-285 form for each defendant listed above; and

    c. Fifteen (15) copies of the endorsed second amended complaint filed November 13, 2008.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:** **August 18, 2009**              /s/ **Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE