1
2
3
4
5            IN THE UNITED STATES DISTRICT COURT FOR THE
6                    EASTERN DISTRICT OF CALIFORNIA
7
8   ERIC C. R. K'NAPP,                    1:06-cv-01701-LJO-GSA (PC)

9          Plaintiff,                     ORDER TO SHOW CAUSE
                                          RE DEFENDANTS' FAILURE
10     vs.                                TO RESPOND TO THE COURT'S
                                          ORDER RE CONSENT OR
11  D. G. ADAMS, et al.,                  REQUEST FOR REASSIGNMENT

12         Defendants.                    RESPONSE DUE IN 30 DAYS

13  _____/

14          On February 8, 2010, the court issued an Order Re Consent or Request for

15  Reassignment, requiring defendants to complete and return the form within thirty (30) days,

16  indicating either consent to the jurisdiction of the U.S. Magistrate Judge, or requesting that the

17  case be reassigned to a U.S. District Judge.   The thirty (30)-day period has now expired, and

18  defendants have not returned the form, or otherwise responded to the court's order.

19          Local Rule 110 provides that "failure of counsel or of a party to comply with these

20  Local Rules or with any order of the Court may be grounds for the imposition by the Court of any

21  and all sanctions . . . within the inherent power of the Court."

22          Based on the foregoing, it is HEREBY ORDERED that within 30 days from the

23  date of service of this order, defendants shall complete and return the Order Re Consent or

24  Request for Reassignment, a copy of which is attached hereto, or show cause, in writing, why

25  sanctions should not be imposed for defendants' failure to obey a court order.

26      IT IS SO ORDERED.

27   **Dated:   April 1, 2010**          _____
                                         **/s/ Gary S. Austin**
28                                        UNITED STATES MAGISTRATE JUDGE