IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CHARLES RODNEY K'NAPP, | 1:06-cv-01701-LJO-GSA-PC |
| Plaintiff, | ORDER REQUIRING DEFENDANTS TO FILE REPLY TO PLAINTIFF'S OBJECTIONS (Doc. 67.) |
| vs. | |
| D. G. ADAMS, et al., | TWENTY DAY DEADLINE |
| Defendants. | |

Eric Charles Rodney K'napp ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 23, 2010, findings and recommendations were entered, recommending that Defendants' motion to dismiss for failure to exhaust, filed on February 19, 2010, be granted in part and denied in part.[1] (Doc. 51.) On March 2, 2011, Plaintiff filed objections to the findings and recommendations. (Doc. 67.) Defendants shall be required to file a reply to Plaintiff's objections within twenty days.

Accordingly, IT IS HEREBY ORDERED that within twenty days of the date of service of this order, Defendants shall file a reply to Plaintiff's objections of March 2, 2011.

IT IS SO ORDERED.

Dated:   March 7, 2011             /s/ Gary S. Austin
                                UNITED STATES MAGISTRATE JUDGE

---

[1] On February 19, 2010, defendants Adams, Selvy, Mott, Cuevas, Sherman, Hall, Pugliese, and Smith filed a motion to dismiss for failure to exhaust. (Doc. 40.) On March 22, 2010, defendants Johnson and Cooper joined the motion to dismiss. (Doc. 43.) On October 14, 2010, defendant Tucker joined the motion to dismiss. (Doc. 57.)