IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CHARLES RODNEY K'NAPP, | 1:06-cv-01701-LJO-GSA-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| vs. | (Doc. 75.) |
| D. G. ADAMS, et al., | ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION |
| Defendants. | (Doc. 66.) |

Eric Charles Rodney K'napp ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 23, 2011, Findings and Recommendations were entered, recommending that Plaintiff's Motion for Preliminary Injunction, filed on February 25, 2011, be denied. On July 22, 2011, Plaintiff filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the Findings and Recommendations to be supported by the record and proper analysis.

///

1

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on May 23, 2011, are ADOPTED in full; and

2. Plaintiff's Motion for Preliminary Injunction, filed on February 25, 2011, is DENIED.

IT IS SO ORDERED.

**Dated:   August 18, 2011**           /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE