UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC C.R. K'NAPP,<br><br>    Plaintiff,<br><br>  v.<br><br>D. G. ADAMS, et al.,<br><br>    Defendants. | 1:06-cv-01701-LJO-GSA (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO EXTEND TIME TO FILE DISPOSITIVE MOTION<br><br>(Document# 133)<br><br>DEADLINE: OCTOBER 22, 2014 |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 15, 2014, defendants filed a motion to extend time to file a dispositive motion. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants are granted up to and including October 22, 2014, in which to file a dispositive motion.

IT IS SO ORDERED.

   Dated: __**October 20, 2014**__    _____**/s/ Gary S. Austin**_____
                                                                       UNITED STATES MAGISTRATE JUDGE

1