UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CHARLES RODNEY K'NAPP,<br><br>Plaintiff,<br><br>vs.<br><br>D. G. ADAMS, et al.,<br><br>Defendants. | 1:06-cv-01701-LJO-GSA-PC<br><br>ORDER VACATING HEARING ON MOTION and Motion FOR SUMMARY JUDGMENT FROM COURT'S CALENDAR<br>(ECF No. 136.) |

  Eric Charles Rodney K'napp ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action filed pursuant to 42 U.S.C. § 1983.  On October 22, 2014, Defendants filed a motion for summary judgment.  (ECF No. 136.)  On September 1, 2015, the court entered findings and recommendations to grant the motion, and the parties were allowed twenty days in which to file objections to the findings and recommendations.  (ECF No. 154.)  On September 16, 2015, Plaintiff filed a motion for a thirty-day extension of time in which to file objections.  (ECF No. 155.)  On, September 18, 2015, Plaintiff's motion for an extension of time was granted.  (ECF No. 156.)  In light of 28 U.S.C. § 476(a)(1), the Civil Justice Reform Act, the hearing on the motion and the motion itself for summary judgment is HEREBY DEEMED VACATED from the court's calendar until such time as Plaintiff files his objections and Defendants are allowed ten days in which to respond to the objections.

IT IS SO ORDERED.

 Dated:  **September 21, 2015**      **/s/ Lawrence J. O'Neill**
                     UNITED STATES DISTRICT JUDGE